BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California
United States Attorney's Office
  501 I Street
  Suite 10-100
  Sacramento, CA 95814
  (916) 554-2700
  audrey.hemesath@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA GARCIA SOLORIO, | Case No.: 1:15-cv-01123-AWI-GSA |
| Plaintiff, | **JOINT STIPULATION AND ORDER RE: ABEYANCE** |
| v. | |
| LORETTA LYNCH., ET AL., | |
| Defendants. | |

    This is an immigration case in which Plaintiff challenges the revocation of a visa petition filed on her behalf.  United States Citizenship and Immigration Services revoked the visa petition citing the Adam Walsh Act.  Many of the issues raised in the Complaint are expected to be resolved by a currently-pending Ninth Circuit case, *Reynolds v. Lynch*, 12-55675.  *Reynolds* was argued and submitted on February 9, 2015.  The parties stipulate that the matter be held in abeyance pending a decision in *Reynolds*.  The parties agree to file a status report on December 22, 2015, advising whether there has been a decision and setting forth a proposed briefing schedule in this case.

DATED:  September 23, 2015

                          /s/ Audrey B. Hemesath
                          AUDREY B. HEMESATH
                          Assistant United States Attorney

| | |
|---|---|
| DATED: September 23, 2015 | /s/ Frank Sprouls |
| | FRANK SPROULS, ESQ. |
| | Attorney for Plaintiff |

## ORDER

Pursuant to the joint stipulation, the case is held in abeyance and a status report is to be filed by December 22, 2015.

IT IS SO ORDERED.

Dated:   September 28, 2015            _____
                                       SENIOR DISTRICT JUDGE