1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALMA GARCIA SOLORIO,                    No.  1:15-CV-1123-DAD-EPG

12             Plaintiff,

13        v.                                 ORDER GRANTING JOINT STIPULATION
                                             FOR CONTINUATION OF ABEYANCE
14   LORETTA LYNCH, et al.,
                                             (Doc. No. 11)
15             Defendants.

16

17        In this action plaintiff challenges the revocation of a visa petition filed on her behalf.  The

18   United States Citizenship and Immigration Services revoked the visa petition citing the Adam

19   Walsh Act.  The parties anticipate that many of the issues raised by plaintiff's complaint will be

20   resolved when a decision is rendered in the currently-pending Ninth Circuit case of *Reynolds v.*

21   *Lynch*, Case No. 12-55675.  *Reynolds* was argued in the Ninth Circuit and submitted for decision

22   on February 9, 2015.  The parties in this action previously stipulated that the matter be held in

23   abeyance pending a decision in *Reynolds*.  (Doc. No. 7)  *Reynolds* remains pending in the Ninth

24   Circuit at this time.  On December 15, 2015, the parties filed a joint stipulation seeking an

25   extension of the order holding this action in abeyance pending a decision in *Reynolds*.  (Doc. No.

26   11.)  Pursuant to that joint stipulation, this action will be held in abeyance until further order of

27   the court.  The parties are directed to notify the court upon the issuance of a decision in *Reynolds*

28   /////

                                            1

and, if no such decision is rendered, to file a joint status report regarding the status of this case on or before April 1, 2016.

IT IS SO ORDERED.

Dated:   **December 15, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE