BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California
United States Attorney's Office
  501 I Street
  Suite 10-100
  Sacramento, CA 95814
  (916) 554-2700
  audrey.hemesath@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA GARCIA SOLORIO, | Case No.: 1:15-cv-01123-DAD EPG |
| Plaintiff, | **JOINT STATUS REPORT AND** |
| v. | **PROPOSED BRIEFING SCHEDULE;** |
| | **ORDER** |
| LORETTA LYNCH., ET AL., | |
| Defendants. | |

On December 31, 2015, the Ninth Circuit issued an unpublished decision in *Reynolds v. Lynch*, 12-55675.  2015 WL 9584386.  The parties now agree to the following briefing schedule in this case:

Defendants' Motion to Dismiss and/or for Summary Judgment: March 7, 2016

Plaintiff's Response and Cross-Motion: April 7, 2016

Defendants' Reply:  April 28, 2016

Hearing Date: June 7, 2016, 9:30am

DATED:  January 19, 2016

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney


/s/ Frank Sprouls
FRANK SPROULS, ESQ.

Attorney for Plaintiff

ORDER

The following briefing schedule is entered in this case:

Defendants' Motion to Dismiss and/or for Summary Judgment: March 7, 2016

Plaintiff's Response and Cross-Motion: April 7, 2016

Defendants' Reply:  April 28, 2016

Hearing Date: June 7, 2016, 9:30am

IT IS SO ORDERED.

Dated:   **January 22, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE